IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DeANDRE D. CURRINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | CASE NO. 1:22-CV-518-WKW |
| ) | [WO] |
| COMMANDER JUNEAU, ) | |
| DEPUTY CHIEF BRYAN, and ) | |
| DUSTIN R. FOLK, Cpl., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On December 8, 2022, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 14.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED without prejudice.

DONE this 28th day of December, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE