IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DeANDRE D. CURRINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | CASE NO. 1:22-CV-518-WKW |
| ) | [WO] |
| COMMANDER JUNEAU, ) | |
| DEPUTY CHIEF BRYAN, and ) | |
| DUSTIN R. FOLK, Cpl., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Before the court are Plaintiff's *pro se* motions. (Docs. # 22–23, 25, 27–34, 36–39, 41–43, 45.) Despite Plaintiff's efforts, the court's disposition of this case remains unchanged: it is dismissed without prejudice. (Docs. # 16–17.)

On November 3, 2022, the Magistrate Judge directed Plaintiff to pay his $4.00 initial partial filing fee by November 15, 2022, or his case would be dismissed. (Doc. # 13 at 2–3.) Plaintiff did not pay the $4.00 by November 15th; the Magistrate Judge filed a Recommendation recommending dismissal without prejudice to which no timely objections were filed (Doc. # 14); and this court adopted the Magistrate Judge's Recommendation and dismissed this case (Docs. # 16–17).

Plaintiff subsequently filed a *pro se* notice of appeal with the Eleventh Circuit (Docs. # 18, 24, 26); the appeal was docketed with the Eleventh Circuit (Doc. # 21);

and the Eleventh Circuit dismissed the appeal for lack of prosecution (Doc. # 46). Contrary to Plaintiff's repeated assertions (Docs. # 22 at 2, 36 at 1, 39 at 1, 41 at 2), his $4.00 initial partial filing fee has never been received by the court. No change—in the facts or otherwise—has occurred since the court dismissed this case without prejudice on December 28, 2022. (Docs. # 16–17.) Plaintiff has not identified any newly discovered evidence, manifest errors of fact or law, or other ground to warrant relief from the dismissal under Rules 59(e) or 60(b) of the Federal Rules of Civil Procedure.

Therefore, it is ORDERED that Defendant's *pro se* motions (Docs. # 22–23, 25, 27–34, 36–39, 41–43, 45) are DENIED.

DONE this 16th day of March, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE