IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DeANDRE D. CURRINGTON,  )  <br>  ) <br> Plaintiff,  ) <br>  ) <br>  ) <br> v.  ) <br>  ) <br> COMMANDER JUNEAU,  ) <br> DEPUTY CHIEF BRYAN, and  ) <br> DUSTIN R. FOLK, Cpl.,  ) <br>  ) <br> Defendants.  ) | CASE NO. 1:22-CV-518-WKW <br> [WO] |

## **ORDER**

Before the court is Plaintiff's *pro se* Motion Requesting a Case Action Summary. (Doc. # 35.) Specifically, Plaintiff requests case action summaries in the captioned action and in *Currington v. Officer Juneau, et al.*, 1:22-CV-397-WHA (M.D. Ala.). *Currington*, 1:22-CV-397, is before a different judge, so this court cannot grant Plaintiff's request.[1] It is, therefore, ORDERED that Plaintiff's Motion is GRANTED in part and DENIED in part. Accordingly, the Clerk of the Court is DIRECTED to furnish Plaintiff with a copy of the docket sheet for the captioned action.

---

[1] The court also notes that a request for a case action summary has already been granted in *Currington*, 1:22-CV-397. (ECF No. # 52.)

DONE this 16th day of March, 2023.

                                                /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE