IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DeANDRE D. CURRINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:22-CV-518-WKW |
| ) | [WO] |
| COMMANDER JUNEAU, ) | |
| DEPUTY CHIEF BRYAN, and ) | |
| CORPORAL DUSTIN R. FOLK, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Before the court is Plaintiff's *pro se* Motion Requesting Permission for Leave to Amend. (Doc. # 50.) For the reasons provided in a prior Order (Doc. # 47), it is ORDERED that Plaintiff's Motion is DENIED.

DONE this 28th day of April, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE