IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DeANDRE D. CURRINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 1:22-CV-518-WKW |
| | ) | [WO] |
| COMMANDER JUNEAU, | ) | |
| DEPUTY CHIEF BRYAN, and | ) | |
| CORPORAL DUSTIN R. FOLK, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the court is Plaintiff's *pro se* Motion Requesting Permission for Leave to Amend. (Doc. # 53.) For the reasons provided in a prior Order (Doc. # 47), it is ORDERED that Plaintiff's Motion is DENIED.

DONE this 11th day of September, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE