IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DeANDRE D. CURRINGTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:22-CV-518-WKW |
| | ) [WO] |
| | ) |
| COMMANDER JUNEAU, | ) |
| DEPUTY CHIEF BRYAN, and | ) |
| DUSTIN R. FOLK, Cpl., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Final judgment was entered on December 28, 2022, and the time to appeal has long expired in this closed case. (*See* Doc. # 17 (Final Judgment); Doc. # 82 (Order denying Plaintiff an extension of time to file an untimely appeal).) Yet, Plaintiff, who is proceeding *pro se*, continues to file non-meritorious motions in this closed case, as follows.

(1) Plaintiff moves to correct the record to reflect that he does not intend to file an appeal, claiming that this action still is "pending" in the district court. (Doc. # 68.)

(2) Plaintiff moves to amend his complaint to request a bench trial. (Doc. # 69.)

(3) Plaintiff moves for permission to proceed on appeal "under indigent status." (Doc. # 80.)

(4) Plaintiff has submitted two motions seeking leave to amend his filings to include an authorization for the release of protected health information in support of his lawsuit. (Docs. # 85, 87.)

Upon consideration of the foregoing motions (Docs. # 68, 69, 80, 85, 87), all of which are without merit, it is ORDERED that the motions are DENIED.

Additionally, Plaintiff has filed two motions requesting a copy of the docket sheet. (Doc. # 77, 88.) A copy of the docket sheet previously was provided to Plaintiff free of charge following the entry of final judgment. (Doc. # 48.) No additional copies will be provided without charge. Accordingly, it is ORDERED that the motions (Docs. # 77, 88) are DENIED. The Clerk of Court is DIRECTED to send Plaintiff a letter informing him of the cost per page for obtaining copies of the docket sheet.

Finally, it is ORDERED that Plaintiff's motion requesting appointment of counsel for appeal (Doc. # 61) is DENIED for the reasons stated in the Order of December 13, 2024 (Doc. # 83).

DONE this 10th day of February, 2025.

/s/ W. Keith Watkins<br>UNITED STATES DISTRICT JUDGE